UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD J. ALLISON, | Case No. 2:21-cv-01624-RFB-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| ALL LAS VEGAS CASINOS AND GAMING ESTABLISHMENTS, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation ("R&R") of the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge, dated April 3, 2024 (ECF No. 8). For the reasons explained below, the Court adopts the R&R in full.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo*[1] or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 3, 2024. No objections have been filed. The Court has reviewed the record in this case

---

[1] *De novo* review simply means a review by one court using the lower court's record but reviewing the evidence and the law without deference to the lower court's findings and rulings. See Appeal, Black's Law Dictionary (11th ed. 2019).

1 and concurs with the Magistrate Judge's recommendations.

2       Therefore, for the foregoing reasons, **IT IS ORDERED** that the Report and
3 Recommendation of the Magistrate Judge (ECF No. 8) is **ACCEPTED** and **ADOPTED** in full.

4       **IT IS FURTHER ORDERED** that the Clerk of Court will close the case.

6 **DATED:** April 14, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**